O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABZ, INC., | ) Case No. CV 14-00173 DDP (PLAx) |
| Plaintiff, | ) ORDER OF REMAND |
| v. | ) |
| BP WEST COAST PRODUCTS LLC, a California limited liability company; RETALIX LTD., an Israeli Business, | ) |
| Defendants. | ) |

This case is REMANDED for the reasons stated in the court's Order to Show Cause. (Dkt. No. 11). Plaintiffs' motion to remand (Dkt. No. 14) is VACATED as moot.

IT IS SO ORDERED.

Dated: February 12, 2015

_____
DEAN D. PREGERSON
United States District Judge